# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case no. 09-7773 |
| Kimberly Ann Mussman, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Date: Thursday, July 29, 2010 |
| Debtor. | ) | Time: 9:30 a.m. |

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REQUEST FOR REIMBURSEMENT OF EXPENSES

NOW COMES BARRY A. CHATZ, Trustee herein, pursuant to 11 U.S.C. § 330, and requests $4,150.32 as compensation and $38.55 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $34,003.16. Pursuant to 11 U.S.C. § 326, compensation should be computer as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $2,900.37 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 03% of balance | $ 0.00 | |
| TOTAL COMPENSATION | $4,150.37 | |

The total amount of compensation due Trustee is $4,150.32 according to 11 U.S.C. § 326.

Detailed time records expended on behalf of the Estate are attached hereto as Exhibit A.

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies – 278 @ $0.10 each | $28.80 |
| Messenger delivery charges | $ 9.75 |
| TOTAL EXPENSES | $38.55 |

Applicant:

Date: June 24, 2009         /s/ Barry A. Chatz, Trustee