UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
MUSSMAN, KIMBERLY ANN               §    Case No. 09-07773
                                    §
            Debtor(s)               §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/29/2010 in Courtroom 619,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/24/2010            By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 1                Date Rcvd: Jun 25, 2010
Case: 09-07773                Form ID: pdf006             Total Noticed: 20

The following entities were noticed by first class mail on Jun 27, 2010.
 db          +Kimberly Ann Mussman,    3734 N Kilpatrick Avenue,    Apt 2 South,    Chicago, IL 60641-3627
 aty         +Fuchs & Roselli, Ltd,    Fuchs & Roselli, Ltd,    440 W Randolph Street   Suite 500,
               Chicago, IL 60606-7211
 aty         +Tejal S. Desai,    Fuchs & Roselli, Ltd.,    440 W. Randolph Street,    Suite 500,
               Chicago, IL 60606-7211
 tr          +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
13618992      Bank of America,    PO Box 15726,    Wilmington DE   19886-5726
13618993      Bank of America,    PO Box 15019,    Wilmington DE   19886-5019
14440293      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14535721     +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
               Dallas, TX 75374-0933
13618995      Chse Bank,    Cardmember Service,    PO Box 15153,    Wilmington DE   19886-5153
13619245     +Citibank (South Dakota) NA,    701 E 60th St N,    Sioux Falls SD 57104-0493
13619244      HSBC Retail Services,    PO Box 5244,    Carol StreaM IL   60197-5244
13619246     +Home Depot Credit Services,    Citibank South Dakota NA,    701 E 60th St N,
               Sioux Falls SD 57104-0493
14765249     +Infibank - One Card,    Cardmember Services,    1620 Dodge St., Stop Code 3105,
               Omaha, NE 68197-0003
13619470      Kohl's Payment Center,    PO Box 2983,    Milwaukee WI   53201-2983
13619471      One Card Mastercard,    Cardmember Services,    PO Box 2858,    Omaha NE   68103-2858
14465811     +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13619472     +Physicians Laser and,    Dermatology Institute LLC,    150 E Huron Ste 1200,
               Chicago IL 60611-2949
13619473     +Sauganash Dental,    4200 W Peterson Ave,    Ste 114,    Chicago IL 60646-6052

The following entities were noticed by electronic transmission on Jun 25, 2010.
13618994      E-mail/PDF: CBP@AGFINANCE.COM Jun 26 2010 00:09:55      American General Finance,    PO Box 3662,
               Evansville IN   47735-3662
14743394      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2010 00:06:37
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Richard C Pena
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 27, 2010**          **Signature:**   *Joseph Speetjens*