UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MUSSMAN, KIMBERLY ANN | § | Case No. 09-07773 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)   This case was originally filed under chapter    on           . The case was pending for    months.

5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BARRY A. CHATZ_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| FUCHS & ROSELLI, LTD. | | | | | |
| FUCHS & ROSELLI, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| INFIBANK - ONE CARD | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 09-07773 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | MUSSMAN, KIMBERLY ANN | | | Date Filed (f) or Converted (c): | 03/09/09 (f) |
| | | | | 341(a) Meeting Date: | 04/03/09 |
| For Period Ending: | 09/21/10 | | | Claims Bar Date: | 11/24/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 635,000.00 | 0.00 | DA | 28,000.00 | FA |
| 5436 North Lowell Avenue Chicago, IL 60630 | | | | | |
| 2. SECURITY DEPOSITS | 1,800.00 | 0.00 | DA | 0.00 | FA |
| Security deposit with landlord | | | | | |
| 3. HOUSEHOLD GOODS | 5,060.00 | 0.00 | DA | 4,000.00 | FA |
| Household goods - $4,000.00 Audio equipment - $310.00 Video equipment - $500 Computer equiment - $250 | | | | | |
| 4. BOOKS/COLLECTIBLES | 600.00 | Unknown | DA | 0.00 | FA |
| 5. WEARING APPAREL | 4,000.00 | Unknown | DA | 0.00 | FA |
| 6. FURS AND JEWELRY | 2,500.00 | 0.00 | DA | 1,000.00 | FA |
| Costume, precious, emi-precious, custom jewelry and fur trimmed items | | | | | |
| 7. FIREARMS AND HOBBY EQUIPMENT | 300.00 | Unknown | DA | 0.00 | FA |
| Bicycle, tennis raquets, camera, photographs, framed photographs | | | | | |
| 8. AUTOMOBILES, TRUCKS, TRAILERS, AND | 3,300.00 | 0.00 | DA | 1,000.00 | FA |
| 2003 Chrysler Town & Country Van | | | | | |
| 9. MACHINERY AND SUPPLIES | 100.00 | Unknown | DA | 0.00 | FA |
| Model's Portfolio (Photos and discs) | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.26 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)        $652,660.00        $0.00        $34,004.26        $0.00
(Total Dollar Amount in Column 6)

LFORM1
**UST Form 101-7-TDR (9/1/2009)** *(Page: 6)*

Ver: 15.20

Case 09-07773    Doc 48    Filed 10/05/10    Entered 10/05/10 14:12:44    Desc Main
Document      Page 7 of 12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-07773    JPC    Judge: JACQUELINE P. COX | Trustee Name:    BARRY A. CHATZ |
| Case Name: | MUSSMAN, KIMBERLY ANN | Date Filed (f) or Converted (c):    03/09/09 (f) |
| | | 341(a) Meeting Date:    04/03/09 |
| | | Claims Bar Date:    11/24/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; PREPARE TFR.

Initial Projected Date of Final Report (TFR): 12/31/40      Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-07773 -JPC | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | MUSSMAN, KIMBERLY ANN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0025 BofA - Money Market Account |
| Taxpayer ID No: | *******4592 | | |
| For Period Ending: | 09/21/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/05/10 | * NOTE * | JOHN R. MUSSMAN<br>5436 NORTH LOWELL AVENUE<br>CHICAGO, IL 60630 | LIQUIDATION OF REAL PROPERTY<br><br>* NOTE * Properties 1, 3, 6, 8 | 1110-000 | 34,000.00 | | 34,000.00 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.66 | | 34,000.66 |
| 02/12/10 | 000301 | International Sureties, Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | 2300-000 | | 33.26 | 33,967.40 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.78 | | 33,968.18 |
| 03/18/10 | | Transfer to Acct #*******0135 | Bank Funds Transfer | 9999-000 | | 12,469.25 | 21,498.93 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.73 | | 21,499.66 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,500.19 |
| * 05/27/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK<br>POST FINAL INTEREST TO TRANSFER FUNDS<br>AND CLOSE CASE | 1270-003 | 0.46 | | 21,500.65 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.54 | | 21,501.19 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.53 | | 21,501.72 |
| * 07/29/10 | INT | Reverses Interest on 05/27/10 | INTEREST REC'D FROM BANK<br>ENTERED IN ERROR | 1270-003 | -0.46 | | 21,501.26 |
| 07/29/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.49 | | 21,501.75 |
| 07/29/10 | | Transfer to Acct #*******0135 | Final Posting Transfer | 9999-000 | | 21,501.75 | 0.00 |

Page Subtotals 34,004.26 34,004.26

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-07773 -JPC | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | MUSSMAN, KIMBERLY ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0025  BofA - Money Market Account |
| Taxpayer ID No: | *******4592 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 34,004.26 | 34,004.26 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 33,971.00 | |
| | | | Subtotal | | 34,004.26 | 33.26 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 34,004.26 | 33.26 | |

Page Subtotals    0.00    0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-07773 -JPC | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | MUSSMAN, KIMBERLY ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0135  BofA - Checking Account |
| Taxpayer ID No: | *******4592 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/10 | | Transfer from Acct #*******0025 | Bank Funds Transfer | 9999-000 | 12,469.25 | | 12,469.25 |
| 03/18/10 | 003001 | FUCHS & ROSELLI, LTD.<br>440 WEST RANDOLPH STREET<br>SUITE 500<br>CHICAGO, IL 60606 | ATTORNEY FOR TRUSTEE | 3210-000 | | 12,271.25 | 198.00 |
| 03/18/10 | 003002 | FUCHS & ROSELLI, LTD.<br>440 WEST RANDOLPH STREET<br>SUITE 500<br>CHICAGO, IL 60606 | ATTORNEY FOR TRUSTEE<br>PURSUANT TO 3/17/10 COURT ORDER | 3220-000 | | 198.00 | 0.00 |
| 07/29/10 | | Transfer from Acct #*******0025 | Transfer In From MMA Account | 9999-000 | 21,501.75 | | 21,501.75 |
| * 07/29/10 | 003003 | ARNSTEIN & LEHR LLP | TRUSTEE COMPENSATION<br>FEES $4,150.37 (2100)<br>EXP  $    38.55 (2200) | | | 4,188.92 | 17,312.83 |
| | | | Fees         4,150.37 | 2100-003 | | | 17,312.83 |
| | | | Expenses       38.55 | 2200-003 | | | 17,312.83 |
| * 07/29/10 | 003003 | ARNSTEIN & LEHR LLP | TRUSTEE COMPENSATION<br>SHOULD HAVE BEEN MADE PAYABLE TO<br>BARRY A. CHATZ, TRUSTEE - NOT ARNSTEIN<br>& LEHR LLP | | | -4,188.92 | 21,501.75 |
| | | | Fees         (   4,150.37 ) | 2100-003 | | | 21,501.75 |
| | | | Expenses      (    38.55 ) | 2200-003 | | | 21,501.75 |
| 07/29/10 | 003004 | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION | | | 4,188.92 | 17,312.83 |
| | | | Fees         4,150.37 | 2100-000 | | | 17,312.83 |
| | | | Expenses       38.55 | 2200-000 | | | 17,312.83 |
| 07/29/10 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | UNSECURED CLAIM | 7100-000 | | 4,631.84 | 12,680.99 |
| 07/29/10 | 003006 | Chase Bank USA, N.A. | UNSECURED CLAIM | 7100-000 | | 1,360.83 | 11,320.16 |

Page Subtotals       33,971.00      22,650.84

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-07773 -JPC |
| Case Name: | MUSSMAN, KIMBERLY ANN |
| Taxpayer ID No: | *******4592 |
| For Period Ending: | 09/21/10 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0135 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/10 | 003007 | PO Box 15145<br>Wilmington, DE 19850-5145<br>PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | UNSECURED CLAIM | 7100-000 | | 63.06 | 11,257.10 |
| 07/29/10 | 003008 | Chase Bank USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | UNSECURED CLAIM | 7100-000 | | 81.09 | 11,176.01 |
| 07/29/10 | 003009 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | UNSECURED CLAIM | 7100-000 | | 6,083.97 | 5,092.04 |
| 07/29/10 | 003010 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | UNSECURED CLAIM | 7100-000 | | 2,653.88 | 2,438.16 |
| 07/29/10 | 003011 | Infibank - One Card<br>Cardmember Services<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | UNSECURED CLAIM | 7100-000 | | 2,438.16 | 0.00 |

Page Subtotals  0.00  11,320.16

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-07773 -JPC | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MUSSMAN, KIMBERLY ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0135 BofA - Checking Account |
| Taxpayer ID No: | *******4592 | | | |
| For Period Ending: | 09/21/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 33,971.00 | 33,971.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 33,971.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 33,971.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 33,971.00 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | BofA - Money Market Account - ********0025 | | 34,004.26 | 33.26 | 0.00 |
| | | | BofA - Checking Account - ********0135 | | 0.00 | 33,971.00 | 0.00 |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 34,004.26 | 34,004.26 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.20

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*